## LIGHTNING V. THE STATE.

(Decided April 24, 1913.)

APPEAL from Lee Law and Equity Court.

Heard before Hon. LUM DUKE.

No counsel marked for appellant.  R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—No error of record and the cause is affirmed.